IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00499-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISELA CASTILLO,

    Defendant.

## ORDER SETTING HEARING ON SUPERVISED RELEASE

Upon review, the Court hereby ORDERS that a hearing regarding supervised release of Defendant Castillo is SET for **Thursday, March 1, 2007 at 1:30 p.m.**

DATED:  January 31, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge